UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHEET METAL WORKERS NATIONAL HEALTH FUND, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 3:08-0690 ) |
| v. | ) *Judge Echols* ) *Magistrate Judge Griffin* ) |
| AIR COMFORT ENGINEERING CO., a/k/a ACECO, | ) ) ) ) |
| Defendant. | ) |

## AGREED ORDER

Plaintiff has moved to cancel the show cause hearing presently set for September 28, 2009 and to enter an Agreed Order outlining a repayment plan agreed upon by the parties, and which will result in termination of this civil action.

It appearing to the satisfaction of the Court the parties have agreed Defendant is obligated to Plaintiff in the total sum of $46,489.60 for contributions, interest, liquidated damages, and attorney's fees through June 2009; and, the parties have agreed upon a repayment plan to be personally guaranteed by Jan Cade whereby Defendant and Ms. Cade have agreed to pay c/o R. Jan Jennings, Branstetter, Stranch & Jennings, PLLC, 227 Second Avenue North, Nashville, TN 37201 the $46,489.60 in minimum increments of $2,000 per month, the first such payment due on October 15, 2009, with further payments due on the fifteenth day of each succeeding month until the $46,489.60 is paid in full.

On or before February 1, 2010, Plaintiff will file a motion with the Court indicating if the Plaintiff seeks to ~~administratively close this action subject to a petition to~~ *close* reopen in the event Defendant and Ms. Cade do not adhere to the payment schedule. *This Order represents a Final Judgment in this case, and Defendant is liable to Plaintiff in the amount of $46,489.60.*

001184\0202\00203118\VPD.1

The show cause hearing set for September 28, 2009 is canceled.

IT IS SO ORDERED.

*[signature]*
ROBERT L. ECHOLS
United States District Judge

001184\08302\00173118.WPD / Ver.1

APPROVED FOR ENTRY:

_____
R. Jan Jennings, BPR No. 1536
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North
Nashville, TN 37201-1631
Tel.: (615) 254-8801


_____
Ms. Jan Cade, President
Air Comfort (ACECO)
P.O. Box 247
Meridian, MS 39302


_____
Jan Cade


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served via United States First Class Mail with adequate postage affixed thereon to:

| | |
|---|---|
| Air Comfort Engineering Co. | Ms. Jan Cade, President |
| c/o Frank Taylor, Registered Agent | Air Comfort (ACECO) |
| 2124 Tom Bailey Drive East | P.O. Box 247 |
| Meridian, MS 39301 | Meridian, MS 39302 |

This 28th day of September, 2009.

s/R. Jan Jennings
R. Jan Jennings